Oak Grove Beach Realty Corporation, Respondent, v. Hilaire E. Campbell, Appellant. — Judgment modified by increasing defendant's lien to $189 and as thus modified unanimously affirmed, without costs. No opinion. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings

and conclusions will be made. Present·— Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. Settle order on notice.